**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6664**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSHUA MICHAEL COGDELL,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:07-cr-01521-JFA-2)

Submitted:  October 30, 2025                    Decided:  November 4, 2025

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joshua Michael Cogdell, Appellant Pro Se.  Elliott Bishop Daniels, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Michael Cogdell appeals the district court's order denying his second motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). We conclude that the district court did not abuse its discretion in finding that, even if Cogdell presented extraordinary and compelling circumstances, the 18 U.S.C. § 3553(a) factors counseled against his early release. *See United States v. Johnson*, 143 F.4th 212, 215 (4th Cir. 2025) (stating standard). Accordingly, we affirm the district court's order. *United States v. Cogdell*, No. 3:07-cr-01521-JFA-2 (D.S.C. Aug. 1, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*